# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sharon Donaldson,

    Plaintiff(s),

vs.

JoAnne B. Barnhart,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-519

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/8/2007 Order.

Signed: August 8, 2007

Frank G. Johns, Clerk
United States District Court