UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SHARON DONALDSON, )<br>)<br>    Plaintiff, )<br>vs. )<br>)<br>MICHAEL J ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>    Defendant. )<br>   ) | CIVIL ACTION NO. 3:06CV519 |

## ORDER

THIS MATTER is before the Court on a Consent Motion For Attorney's Fee Under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A) filed on September 4, 2007. By consent, Defendant advises that the Commissioner does not oppose an award of legal fees in the amount of $4,065.00.

NOW THEREFORE, IT IS ORDERED:

1. The Consent Motion for Attorney's Fees is GRANTED, that is, counsel for Plaintiff shall be paid directly the sum of $4,065.00 in attorney fees.

2. The Clerk is directed to serve copies of this Order to counsel for the parties.

Signed: September 6, 2007

David C. Keesler
United States Magistrate Judge